BONNER *v.* CITY OF INDIANAPOLIS.

No. 546.   Decided January 8, 1962.*

*William C. Erbecker* for appellants.

*Patrick J. Smith* for appellee.

PER CURIAM.

The motions to dismiss are granted and the appeals are dismissed. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

---

*Together with No. 547, *Durham* v. *City of Indianapolis,* also on appeal from the same Court.